**UNITED STATES of America, Petitioner—Appellee,**

v.

**Leonard Shelton MCCULLOUGH, Jr., a/k/a Lennie Boo, Defendant—Appellant.**

No. 03–7269.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 4, 2003.

Leonard Shelton McCullough, Jr., Appellant pro se. Paul Alexander Weinman, Assistant United States Attorney, Winston–Salem, North Carolina, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Leonard Shelton McCullough, Jr., appeals the district court's order accepting the recommendation of the magistrate judge denying his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. McCullough,* Nos. Cr–96–195; CA–03–204–1 (M.D.N.C. Aug. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*